IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JESSICA CONLON, ) | |
| ) | CIVIL ACTION NO. 3:22-CV-00481 |
| Plaintiff, ) | |
| ) | JUDGE HELMICK |
| v. ) | |
| ) | MAGISTRATE JUDGE CLAY |
| KILOLO KIJAKAZI, ) | |
| ACTING COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | ORDER |
| ) | |
| Defendant. | |

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). On remand, the Administrative Law Judge will further consider all the medical opinion evidence pursuant to 20 C.F.R. § 404.1520c, obtain any necessary vocational evidence pursuant to 20 C.F.R. § 404.1560, take any further action necessary to complete the administrative record, and issue a new decision.

Date: 8/4/22                                      Entered: s/ Jeffrey J. Helmick